UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:09cv940 (WOB-KLL)

DESCO STRICKLAND                                                PETITIONER

VS.                            ORDER

WARDEN, CHILLICOTHE CORRECTIONAL
INSTITUTION                                                     RESPONDENT

This matter is before the court on the Report and Recommendation of the United States Magistrate Judge (Doc. #15), and having considered de novo those objections filed thereto by petitioner (Doc. #19), and the court being sufficiently advised,

**IT IS ORDERED** that the objections be, and they hereby are, **overruled**; that the Report and Recommendation be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this court; that petitioner's motion for an evidentiary hearing (Doc. #13) be, and it hereby is, **denied**; that the petition for writ of habeas corpus (Doc. #1) be, and it hereby is, **denied, with prejudice**; and that **no** certificate of appealability shall issue herein.

This 18th day of May, 2011.



Signed By:
William O. Bertelsman WOB
United States District Judge